IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HORIZON THERAPEUTICS, LLC,<br><br>Plaintiff,<br>v.<br><br>PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC.<br><br>Defendants. | C.A. No. 18-1224-RGA |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Horizon Therapeutics, LLC, and Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc., hereby stipulate that the above-captioned action, including all claims, counterclaims and defenses, are hereby dismissed in their entirety without prejudice.

Dated: October 1, 2018

| | |
|---|---|
| /s/ Chad S.C. Stover | /s/ Steven J. Fineman |
| Chad S.C. Stover (No. 4919) | Steven J. Fineman (No. 4025) |
| BARNES & THORNBURG LLP | Tyler E. Cragg (No. 6398) |
| 1000 N. West Street, Suite 1500 | RICHARDS, LAYTON & FINGER, P.A. |
| Wilmington, Delaware 19801 | One Rodney Square |
| (302) 300-3474 | 920 N. King Street |
| chad.stover@btlaw.com | Wilmington, Delaware 19801 |
| | (302) 651-7700 |
| *Attorney for Plaintiff Horizon* | fineman@rlf.com |
| *Therapeutics, LLC* | cragg@rlf.com |

Robert F. Green
Caryn C. Borg-Breen
Jessica M. Tyrus
Roy Chamcharas
GREEN, GRIFFITH & BORG-BREEN LLP
City Place, 676 N. Michigan Ave.
Suite 3900
Chicago, Illinois 60611
(312) 883-8000
rgreen@greengriffith.com
cborg-breen@greengriffith.com
jtyrus@greengriffith.com
rchamcharas@greengriffith.com

*Of Counsel for Plaintiff Horizon*
*Therapeutics, LLC*

*Attorneys for Defendants Par*
*Pharmaceutical, Inc. and Par*
*Pharmaceutical Companies, Inc.*

David Silverstein
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
22nd Floor
New York, NY 10036
(212) 728-2200
dsilverstein@axinn.com

Aziz Burgy
Christopher M. Gallo
Ricardo Camposanto
AXINN, VELTROP & HARKRIDER LLP
950 F Street, NW, 7th Floor
Washington, DC 20004
(202) 912 4700
aburgy@axinn.com
cgallo@axinn.com
rcamposanto@axinn.com

*Of Counsel for Defendants Par*
*Pharmaceutical, Inc. and Par*
*Pharmaceutical Companies, Inc.*

SO ORDERED this \_\_\_1\_\_\_ day of \_\_October\_\_, 2018.

_____
THE HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE